550
new

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3    Name  Price         Jackie

**FILED**

4        (Last)          (First)          (Initial)

5    Prisoner Number  DQE223

FEB 2 5 2008

6    Institutional Address  701 South ABEl Street
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7    _____Mipitas, CA 95035_____

8    ========================================

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA

10   Jackie Price

11   (Enter the full name of plaintiff in this action.)

CV 08  1118

12              vs.                              Case No. _____
                                               (To be provided by the clerk of court)

13   San Jose Police

14   Department And                          **COMPLAINT UNDER THE
                                             CIVIL RIGHTS ACT,**                PJH
15   Officers                                 **42 U.S.C §§ 1983**              (PR)

16
                                             E-filing
17   (Enter the full name of the defendant(s) in this action))

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.    Exhaustion of Administrative Remedies

20        [**Note:** You must exhaust your administrative remedies before your claim can go

21        forward. The court will dismiss any unexhausted claims.]

22        A.    Place of present confinement  ElM Wood Jail Milpitas

23        B.    Is there a grievance procedure in this institution?

24              YES (X)      NO ( )

25        C.    Did you present the facts in your complaint for review through the grievance

26              procedure?

27              YES( )      NO (X)

28        D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                          - 1 -

CV8 - 1118 PH

1    appeal at each level of review. If you did not pursue a certain level of appeal,

2    explain why.

3        1. Informal appeal ____ −NA− _____

4    _____

5    _____2. First

6        formal level_____ −NA− _____

7    _____

8        _____

9        3. Second formal level_____ −NA− _____

10   _____

11   _____4 Third

12       formal level _____ −NA− _____

13   _____

14   _____

15   E.    Is the last level to which you appealed the highest level of appeal available to

16       you?

17           YES ( )    NO (X)

18   F.    If you did not present your claim for review through the grievance procedure,

19   explain why. __MY issues has nothing to do with__

20   __the grievance procedure here in Elmwood__

21   __Jail.__

22   II.   Parties

23   A.    Write your name and your present address. Do the same for additional plaintiffs,

24       if any.

25   __Jackie Price__

26   __101 South Abel Street__

27   __Milpitas, CA 95035__

28   B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                          - 2 -

1    place of employment.
2    San Jose police Department
3    _____
4    _____
5    _____
6    _____III.
7    Statement of Claim
8         State here as briefly as possible the facts of your case. Be sure to describe how each
9    defendant is involved and to include dates, when possible. Do not give any legal arguments or
10   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11   separate numbered paragraph.
12   on the DAte of sept 26 2007 I was illegally stopped and searched by a SJPD officeR. He
13   Approached my caR with his gun pointing At me saying if I Run He'll shoot me I stated
14   to him I wasn't on probation or parole but the officer still proceded to illegaly search me. Saying
15   He Heard A person was selling Drug's in a Blue car. The officer continued for two and a
16   Half Hour's finding no Drug's etc. During the Search the officer went in side of my underwear
17   Rubbing his finger's Along my buttox. NexT I was put in the back of the petrol caR. until A
18   field seorgeant pulled up. The seargeant instructed the officer to let me go. when the seargeant
19   left, the officer let me out the car and quoted "Im gonna Do this my way" and began
20   to search my buttox. I broke away and RAN but stopped a few feet ahead. the cop
21   TAZerd me and then beat me up. I was Taken to the hospital and Jail charge with
22   possession and transpartion of 1/2 ounce of crack. I was Released the next Day. charge's
23   dropped there was no Drug's found. Later I found out the officer wrote A False Report There
24   was neverA Half Ounce found.
25   IV.    Relief
26        Your complaint cannot go forward unless you request specific relief. State briefly exactly
27   what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28   _____

COMPLAINT                           - 3 -

1  I would like the sum of two million
2  dollars for my pain and suffering. I
3  was tAZED, sodamized, + for them
4  writing a false report.
5
6
7    I declare under penalty of perjury that the foregoing is true and correct.
8
9    Signed this ___6th___ day of __February__ , 20 _08_
10
11   _____
12            (Plaintiff's signature)
13

COMPLAINT                                    - 4 -



COUNTY JAIL
GENERATED MAIL

RECEIVED

FFB 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the United States District Court
For the Northern District of California
450 Golden Gate Avenue Box 36060
San Francisco, CA 94102

COUNTY JAIL
GENERAL MAIL