E-filing

FILED
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Jackie Price III

    Plaintiff,

vs.

    Defendant.

CASE NO. CV 08 1118 PJH (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Jackie Price III, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____∅_____ Net: _____∅_____

Employer: _____∅_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  WYOTECH TECHNICAL SCHOOL
5  420 Whitney Place
6  1600$ mth

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or            Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,         Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                     Yes ___ No ✓
14      d.   Pensions, annuities, or            Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ___ No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____- NA -_____
22  _____
23  3.   Are you married?                       Yes ___ No ✓
24  Spouse's Full Name: _____- NA -_____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____0_____ Net $_____0_____
28  4.   a.   List amount you contribute to your spouse's support:$ ___0___

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.). NONE
5  _____
6  _____
7  5.  Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $____∅____ Amount of Mortgage: $____∅____
9  6.  Do you own an automobile?   Yes ___ No ✓
10 Make __-NA-__ Year __-NA-__ Model __-NA-__
11 Is it financed? Yes _____ No _____ If so, Total due: $ ∅
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____-NA-_____
15 _____∅_____
16 Present balance(s): $ ____∅____
17 Do you own any cash? Yes ___ No ✓ Amount: $ ____∅____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ ____∅____   Utilities: ____∅____
23 Food: $ ____∅____   Clothing: ____∅____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 ____∅____          $ ____∅____          $ ____∅____
27 ____∅____          $ ____∅____          $ ____∅____
28 ____∅____          $ ____∅____          $ ____∅____     9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | WACIECH NICOL LOANS, 14,000$
4 |
5 | 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits? Yes ___ No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | — NA —
10 |
11 |   I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |   I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

16 | 2-6-08                              [signature]
17 | DATE                                SIGNATURE OF APPLICANT

Case Number: _____

CFH 617

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Jackie price__ for the last six months
[prisoner name]
__Elmwood Dept of correction__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __47.50__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __8.32__.

Dated: __1/24/08__                            _____
                                              [Authorized officer of the institution]
                                              Accountant III