|    |    |
|----|----|
| 1  |    |
| 2  | Case Number: _____ |
| 3  |    |
| 4  |    |
| 5  | **FILED** |
| 6  |    |
| 7  | MAR 2 5 2008 |
| 8  | CERTIFICATE OF FUNDS RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| 9  | IN |
| 10 | PRISONER'S ACCOUNT |
| 11 |    |
| 12 | I certify that attached hereto is a true and correct copy of the prisoner's trust account |
| 13 | statement showing transactions of ___JACKIE PRICE___ for the last six months |
| 14 | ___SCC DEPT OF CORRECTION___ where (s)he is confined. |
| 15 | I further certify that the average deposits each month to this prisoner's account for the |
| 16 | most recent 6-month period were $ __33.33__ and the average balance in the prisoner's |
| 17 | account each month for the most recent 6-month period was $ __0.76__ . |
| 18 |    |
| 19 | Dated: __3/19/08__ |
| 20 | [Authorized officer of the institution] |
| 21 | Accountant III |
| 22 | Department of Correction |

SANTA CLARA COUNTY DOC

Resident Account Summary
Wednesday, March 19, 2008  @10:06

For PFN: DQE223     PRICE, JACKIE TEVIS

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---:|---:|---:|---:|---|
| 03/19/2008 | <INP> | Payment for INP on 2008-0. | -2.20 | 54.74 | 0.00 | 0.00 | |
| 03/19/2008 | <INP> | Payment for INP on 2008-0. | -2.20 | 56.94 | 2.20 | 0.00 | |
| 03/19/2008 | <INP> | Payment for INP on 2008-0. | -0.86 | 59.14 | 4.40 | 0.00 | |
| 03/19/2008 | DEPMO | 0883631765 | 60.00 | 60.00 | 5.26 | 0.00 | |
| 03/10/2008 | INP | OID:100762004-ComisaryPur | 2.20 | 0.00 | 5.26 | 0.00 | |
| 03/03/2008 | INP | OID:100758972-ComisaryPur | 2.20 | 0.00 | 3.06 | 0.00 | |
| 02/25/2008 | <INP> | OID:100756020-ComisaryPur | -0.24 | 0.00 | 0.86 | 0.00 | |
| 02/25/2008 | INP | OID:100756020-ComisaryPur | 1.10 | 0.24 | 1.10 | 0.00 | |
| 02/04/2008 | EPR | OID:100746963-ComisaryPur | -24.80 | 0.24 | 0.00 | 0.00 | |
| 02/01/2008 | DEPMO | 08773820576 | 25.00 | 25.04 | 0.00 | 0.00 | |
| 01/21/2008 | EPR | OID:100741189-ComisaryPur | -16.45 | 0.04 | 0.00 | 0.00 | |
| 01/14/2008 | EPR | OID:100738305-ComisaryPur | -35.76 | 16.49 | 0.00 | 0.00 | |
| 01/10/2008 | DEPMO | 11426677086 | 25.00 | 52.25 | 0.00 | 0.00 | |
| 01/01/2008 | DEPMO | 08-773821161 | 25.00 | 27.25 | 0.00 | 0.00 | |
| 12/26/2007 | EPR | OID:100732153-ComisaryPur | -22.75 | 2.25 | 0.00 | 0.00 | |
| 12/21/2007 | INF | OID:100729436-ComisaryRef | 1.10 | 25.00 | 0.00 | 0.00 | |
| 12/20/2007 | <INP> | Payment for INP on 2007-1. | -1.10 | 23.90 | 0.00 | 0.00 | |
| 12/20/2007 | DEPMO | 08773821122 | 25.00 | 25.00 | 1.10 | 0.00 | |
| 12/19/2007 | INP | OID:100729436-ComisaryPur | 1.10 | 0.00 | 1.10 | 0.00 | |
| 12/05/2007 | DEPCA | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 0.00 | 0.00 | |
| 09/27/2007 | RELCASH | RELEASE OR CLOSEOUT TRANS | 0.00 | 0.00 | 0.00 | 0.00 | |
| 09/26/2007 | DEPCA | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 0.00 | 0.00 | |
| 08/30/2006 | WARRANT INM | RELEASE OR CLOSEOUT TRANS | -288.00 | 0.00 | 0.00 | 0.00 | |
| 08/30/2006 | WCASH ELM | RELEASE OR CLOSEOUT TRANS | -20.00 | 288.00 | 0.00 | 0.00 | |
| 08/29/2006 | DEPCA | INITIAL DEPOSIT - REINSTA | 308.00 | 308.00 | 0.00 | 0.00 | |
| 01/31/2006 | WARRANT INM | RELEASE OR CLOSEOUT TRANS | -21.11 | 0.00 | 0.00 | 0.00 | |
| 01/31/2006 | WCASH MJ | RELEASE OR CLOSEOUT TRANS | -10.00 | 21.11 | 0.00 | 0.00 | |
| 01/31/2006 | DEPCA | INITIAL DEPOSIT - REINSTA | 31.11 | 31.11 | 0.00 | 0.00 | |
| 08/04/2004 | WCASH MJ | RELEASE OR CLOSEOUT TRANS | -2.00 | 0.00 | 0.00 | 0.00 | |
| 08/03/2004 | DEPCA | BOOKING CASH | 2.00 | 2.00 | 0.00 | 0.00 | |
| 08/03/2004 | DEPCA | BOOKING | 0.00 | 0.00 | 0.00 | 0.00 | |

Jackie Briggs B08522-TRGB
161 Sirbee
Milpitas CA 95035

FILED
MAR 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

COUNTY JAIL
INMATE LEGAL MAIL

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES




COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name Price    Jackie
    (Last)      (First)      (Initial)

Prisoner Number DQE223

Institutional Address 701 South ABEl Street
Milpitas, CA 95035

**FILED**
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jackie Price
(Enter the full name of plaintiff in this action.)

vs.

San Jose Police Department And Officers

(Enter the full name of the defendant(s) in this action))

CV 08 1118 PJH (PR)

Case No. _____
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement ElMWood JAil MilpitAS

B.  Is there a grievance procedure in this institution?
    YES (X)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES ( )    NO (X)

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                                  - 1 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
FEB 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number CV 08 1118.

E-filing   PJH (PR)

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

  ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

  ____ Your In Forma Pauperis Application was not completed in its entirety.

  ____ You did not sign your In Forma Pauperis Application.

  ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

  ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

  ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
     Deputy Clerk

rev. 10/25/07

PRICE

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

### INSTRUCTIONS FOR PRISONER'S
### IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.   **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

B.   **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.

IFP APPLI.-PRISONER (Rev. 4/06)

|    |
|----|
| 1  |
| 2  |
| 3  |
| 4  |
| 5  |
| 6  |
| 7  |
| 8  |
| 9  |
| 10 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08  1118  PJH (PR)

Jackie T. Price                        )
                         Plaintiff,    )    CASE NO. _____
                                       )
        vs.                            )    PRISONER'S
                                       )    APPLICATION TO PROCEED
San Jose                               )    IN FORMA PAUPERIS
                                       )
Police Department     Defendant.       )
                                       )

I, Jackie Price, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____Ø_____ Net: _____Ø_____

Employer: _____n/a_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ WUOTECH _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ___ No X
10          self employment
11    b.   Income from stocks, bonds,                 Yes ___ No X
12          or royalties?
13    c.   Rent payments?                             Yes ___ No X
14    d.   Pensions, annuities, or                    Yes ___ No X
15          life insurance payments?
16    e.   Federal or State welfare payments,         Yes ___ No X
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ n/a _____
22  _____
23  3.    Are you married?                            Yes ___ No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ 0 _____ Net $_____ 0 _____
28  4.    a.   List amount you contribute to your spouse's support:$ __0__

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

1     b.     List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5                                                   N/A
6
7    5.     Do you own or are you buying a home?      Yes ___ No ✗
8    Estimated Market Value: $_____ Amount of Mortgage: $_____
9    6.     Do you own an automobile?             Yes ___ No ✗
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ___ No ___ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.     Do you have a bank account? Yes ___ No ✗ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15
16   Present balance(s): $ _____
17   Do you own any cash? Yes ___ No ✗ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.) Yes ___ No ✗
20
21   8.     What are your monthly expenses?
22   Rent: $ _____ 0 _____     Utilities: _____ 0 _____
23   Food: $ _____ 0 _____     Clothing: _____ 0 _____
24   Charge Accounts:
25   **Name of Account**        **Monthly Payment**        **Total Owed on This Acct.**
26   _____ 0 _____     $ _____ 0 _____     $ _____ 0 _____
27   _____     $ _____     $ _____
28   _____     $ _____     $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_Watch and cars_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_N/A_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_3-20-08_        _[signature]_

DATE        SIGNATURE OF APPLICANT