United States District Court
For the Northern District of California

1

2

3          UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5

6

7    JACKIE PRICE,

8                    Plaintiff,                    No. C 08-1118 PJH (PR)

9         vs.                                      **ORDER OF DISMISSAL**

10   SAN JOSE POLICE DEPARTMENT
     AND OFFICERS,
11
                      Defendants.
12   _____/

13

14         This is a civil rights case filed pro se by a prisoner at the San Mateo County Jail.  In

15   the April 1, 2008, initial review order the court determined that plaintiff had not stated a

16   claim and dismissed the complaint with leave to amend.  Plaintiff was afforded thirty days to

17   amend and warned that if he did not, the case would be dismissed for failure to state a

18   claim.  He has not amended.  This case therefore is **DISMISSED** with prejudice.  The clerk

19   shall close the file.

20         **IT IS SO ORDERED.**

21   Dated:  May 22, 2008.          _____
                                         PHYLLIS J. HAMILTON
22                                       United States District Judge

23

24

25

26

27

28   G:\PRO-SE\PJH\CR.08\PRICE118.DISMISS.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JACKIE PRICE,

               Plaintiff,

  v.

SAN JOSE POLICE DEPARTMENT et al,

               Defendant.

/

Case Number: CV08-01118 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jackie Price DQE223
Elmwood Jail
701 South Abel Street
Milpitas, CA 95035-5243

Dated: May 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk