United States District Court
For the Northern District of California

1
2
3        UNITED STATES DISTRICT COURT
4        NORTHERN DISTRICT OF CALIFORNIA
5
6
7  JACKIE PRICE,
8          Plaintiff,            No. C 08-1118 PJH (PR)
9     vs.                        **JUDGMENT**
10 SAN JOSE POLICE DEPARTMENT
   AND OFFICERS,
11
12         Defendants.        /
13
14    A judgment of dismissal with prejudice is entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of his complaint.
15    **IT IS SO ORDERED**.
16 Dated: May 22, 2008.
17                                                          _____
                                                            PHYLLIS J. HAMILTON
18                                                          United States District Judge
19
20
21
22
23
24
25
26
27
28 G:\PRO-SE\PJH\CR.08\PRICE118.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JACKIE PRICE,

        Plaintiff,

  v.

SAN JOSE POLICE DEPARTMENT et al,

        Defendant.

Case Number: CV08-01118 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jackie Price DQE223
Elmwood Jail
701 South Abel Street
Milpitas, CA 95035-5243

Dated: May 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk