

Jackie Price DQE223
Elmwood Jail
701 South Abel Street
Milpitas, CA 95035-5243

CV08-01118 PJH